# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **ILLINOIS, EASTERN DIVISION**

UNITED STATES OF AMERICA

v.

Juan Antonio Moreno-Padilla
also known as Victor Moreno

FILED
5-23-08
MAY 23 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

CRIMINAL COMPLAINT

CASE NUMBER:

08 CR 416

**08CR    416**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about March 18, 2008, in Joiliet, Illinois, in the Northern District of Illinois, Eastern Division, JUAN ANTONIO MORENO-PADILLA, defendant herein,

> being an alien, who previously had been deported and removed
> from the United States on or about December 22, 2004 was
> present and found in the United States without previously having obtained the
> express consent of the United States Attorney General, and at anytime after
> February 28, 2003, from the Secretary of the Department of Homeland Security, for
> reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4). I further state that I am a Deportation Officer with the U.S. Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

RECEIVED
MAY 23 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Signature of Complainant
Fernando Ramos
Deportation Officer, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

May 23, 2008                                at   Chicago, Illinois
Date                                             City and State

Martin C. Ashman, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )  SS
COUNTY OF COOK )

## AFFIDAVIT

I, Fernando Ramos, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for almost twelve (12) years. I am currently assigned to the Chicago, Illinois ICE Office.

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United States after such aliens have previously been lawfully deported from the United States.

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject Juan Antonio MORENO-PADILLA AKA Victor MORENO.

4. On March 18, 2008, the Stateville Correctional Facility located in Joliet, Illinois notified the Immigration and Customs Enforcement (ICE) field office located in Chicago, Illinois, that a possible illegal alien was in their custody on a local charge. The possible illegal alien was identified as Juan A. MORENO (MORENO), a previously deported aggravated felon from Mexico. The ICE database reflected that he had been ordered to be deported and was removed from the United States to Mexico on December 22, 2004. ICE then placed an

administrative detainer for MORENO with the Stateville Correctional Facility. On May 20, 2008, MORENO was received into ICE custody per said detainer.

5. On May 20, 2008 the ICE administrative processing of MORENO was completed by IEA Adam Masztak. Prior to questioning, MORENO was advised of his constitutional rights as per *Miranda*, and agreed to answer questions without an attorney present. During questioning, MORENO stated that he was previously convicted of a serious crime, and that he was lawfully deported from the United States to Mexico. MORENO admitted that he reentered the United States without the permission of the Secretary of Homeland Security or his predecessor the United States Attorney General after his deportation. MORENO also stated that he illegally reentered the United States at or near EL Paso, Texas on or about January of 2008. ICE agents took the fingerprints of Moreno. The fingerprints of MORENO were then submitted into the ICE IDENT system and IAFIS system. The return results showed MORENO was the same person who was removed from the United States to Mexico on December 22, 2004, according to the ICE computer database.

6. Further review of the criminal history of MORENO revealed that he was convicted, prior to his deportation, of Aggravated Unlawful Use of Weapon on June 1, 2004, in Cook County, Illinois and was sentenced to serve three (3) years imprisonment;

7. Based on the foregoing, I submit there is probable cause to believe that MORENO unlawfully re-entered the United States and was found within the United States after being lawfully deported subsequent to a conviction of an aggravated felony. These alleged acts are in violation of Title 8, United States Code, Section 1326(a) and (b) (2). These alleged violations occurred in Cook County, within the Northern District of Illinois.

FURTHER AFFIANT SAYETH NOT.

Fernando Ramos, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 23rd day of May 2008.

HONORABLE MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE