## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 416 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Juan Antonio Moreno-Padilla | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/23/2008. Defendant appears in response to arrest on 5/23/2008. Defendant informed of his rights. Enter order appointing Sergio Fidel Rodriguez from the Federal Defender Program as counsel for defendant. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|