# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

    USA
    v.
    JUAN PADILLA MORENO

Case Number: 08CR416-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Juan Padilla Moreno

FILED
5-23-08
MAY 23 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Sergio Fidel Rodriguez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | Federal Defender Program |
| STREET ADDRESS | 55 E. Monroe Street, Suite 2800 |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | |
| TELEPHONE NUMBER | 312/621-8300 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒