UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE PALLMEYER**

F I L E D
JUN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN A. MORENO-PADILLA | No. 08 CR 416<br><br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

**MAGISTRATE JUDGE ASHMAN**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about, May 20, 2008, at Joliet, in the Northern District of Illinois, Eastern Division,

JUAN A. MORENO-PADILLA,

defendant herein, an alien who previously had been deported and removed from the United States on or about December 22, 2004 was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY