**FILED**  CAT 4  **08CR  416**  felony

JUN 1 1 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE PALLMEYER

MICHAEL W. DOBBINS **DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**
CLERK, U.S. DISTRICT COURT

JUDGE PALLMEYER       MAGISTRATE JUDGE ASHMAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☑   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   Juan Novero Padilla  08 CR 416  Ashman

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?     NO ☑   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☑   YES ☐

6) What level of offense is this indictment or information?     FELONY ☑   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☑   YES ☐

8) Does this indictment or information include a conspiracy count?     NO ☑   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............. (II)
   ☐ Criminal Antitrust ........ (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ...... (IV)
   ☐ Postal Embezzlement .... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud .......... (II)
   ☐ Postal Fraud .............. (II)
   ☐ Other Fraud .............. (III)
   ☐ Auto Theft ............... (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ................ (III)
   ☐ Counterfeiting ........... (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana ........ (III)
   ☐ DAPCA Narcotics ......... (III)

   ☐ DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☑ Immigration Laws .............. (IV)
   ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Food & Drug Laws ............ (IV)
   ☐ Motor Carrier Act .............. (IV)
   ☐ Selective Service Act .......... (IV)
   ☐ Obscene Mail ............... (III)
   ☐ Other Federal Statutes ......... (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

*[signature]*
Assistant United States Attorney

(Revised 12/99)