# United States District Court, Northern District of Illinois

08 GJ 591

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE ASHMAN<br>JUDGE PALLMEYER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0416 | DATE | JUNE 11, 2008 |
| CASE TITLE | US v. JUAN A. MORENO-PADILLA | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

## GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**DOCKET ENTRY:**

NO BOND SET, DETAINED BY MAGISTRATE..

**FILED**

JUN 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| No notices required, advised in open court. | | | | |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing | |
| Notified counsel by telephone. | | | dpty. initials | |
| Docketing to mail notices. | | | Date mailed notice | |
| Mail AO 450 form. | | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |