# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 416 - 1 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. Juan Antonio Moreno-Padilla | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1 conference to be held by or on 7/1/2008. Pretrial motions to be filed by or on 7/15/2008. Status hearing set for 7/14/2008 at 9:30. Defendant to remain in custody ending further proceedings. Defendant's presence for the status hearing is waived. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|