## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 416 - 1 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA vs. Juan Antonio Moreno-Padilla | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/14/2008. Status hearing set for 7/29/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). (X-E)

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|