## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 416 - 1 | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. Juan Antonio Moreno-Padilla | | |

**DOCKET ENTRY TEXT**

By agreement, status hearing set for 7/29/2008 is stricken and reset to 7/31/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F).  (X-E)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|