## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 416 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Juan Antonio Moreno-Padilla, aka Victor Moreno | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/31/2008. Change of plea hearing set for 9/4/2008 at 9:30. Order excludable time to begin pursuant to 18:3161(h)(1)(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|