IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | No. 08 CR 416-1 |
| v.                          ) | Hon. Rebecca R. Pallmeyer |
| ) | |
| JUAN ANTONIO MORENO-PADILLA ) | |
| ) | |

MOTION TO WITHDRAW AS APPOINTED COUNSEL

Defendant JUAN ANTONIO MORENO-PADILLA, by the Federal Defender Program and its attorney SERGIO F. RODRIGUEZ, respectfully requests that Mr. Rodriguez be allowed to withdraw as his appointed counsel. Defendant further requests that Clarke Devereux from the Federal Defender Program Panel be allowed to substitute his appearance for that of Mr. Rodriguez. In further support, defendant states as follows:

1.      On May 23, 2008, the Federal Defender Program was appointed to represent defendant. Defendant was arraigned before this court June 17, 2008, and entered a plea of not guilty. At a status hearing on July 31, 2008, counsel informed this court that it was defendant's desire to enter a plea of guilty and negotiate a plea agreement with the government. This Court set a change of plea date for September 4, 2008. Mr. Moreno is being detained at McHenry County Jail and was not brought over for the July 31, 2008, status hearing. (Docket Sheet attached as Exhibit 1.)

2. Defendant and counsel conferred various times since the appointed in this case both by phone and in person at the McHenry County Jail. Without revealing any protected client confidences, during more recent meetings, Mr. Moreno-Padilla has indicated his strong desire to

have his appointed attorney withdraw his representation and for substitute counsel to be appointed to represent him. Mr. Moreno-Padilla feels that counsel is no longer representing his best interests. Because of this, both Mr. Moreno-Padilla and defense counsel feel that an irreconcilable conflict-of-interest exists which necessitates the instant request.

      3.  The Federal Defender Panel Attorney on duty on August 1, 2008, was Clark P. Devereux. Mr. Devereux has spoken with Mr. Moreno-Padilla's family and is available to assume this case if this Court grants this motion.

      4.  Defense counsel has occasioned this motion out of concern for defendant's right to effective assistance of counsel and not for purposes of undue delay.

      WHEREFORE, for the above-noted reasons, defendant respectfully urges that Mr. Rodriguez be allowed to withdraw as appointed counsel for him and that Panel Attorney Clarke Devereux be allowed to substitute his appearance on his behalf.

      Respectfully submitted,

      FEDERAL DEFENDER PROGRAM  
      Terence F. MacCarthy  
      Executive Director

      By:   s/Sergio F. Rodriguez  
           Sergio F. Rodriguez

SERGIO F. RODRIGUEZ  
FEDERAL DEFENDER PROGRAM  
Suite 2800  
55 East Monroe Street  
Chicago, IL 60603  
312/621-8300  
N:\sergio\mora.wd

**CERTIFICATE OF SERVICE**

      The undersigned, Sergio F. Rodriguez , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

MOTION TO WITHDRAW AS APPOINTED COUNSEL

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on **August 4**, 2008, to counsel/parties that are non-ECF filers:

                 By:    s/Sergio F. Rodriguez
                         SERGIO F. RODRIGUEZ
                         FEDERAL DEFENDER PROGRAM
                         55 E. Monroe St., Suite 2800
                         Chicago, Illinois 60603
                         (312) 621-8353

# EXHIBIT 1

# Docket Sheet to Case No. 08 CR 416

United States District Court
Northern District of Illinois - **CM/ECF LIVE, Ver 3.2.1** (Chicago)
CRIMINAL DOCKET FOR CASE #: 1:08-cr-00416-1

1.
Case title: USA v. Moreno-Padilla

Date Filed: 06/11/2008

Assigned to: Honorable Rebecca R. Pallmeyer

### Defendant (1)

**Juan Antonio Moreno-Padilla**
*also known as*
Victor Moreno

represented by **Sergio Fidel Rodriguez**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300
Email: sergio_rodriguez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defende Appointment*

### Pending Counts

8:1326.F REENTRY OF DEPORTED ALIENS AND 6:202
(1)

**Disposition**

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

**Disposition**

### Highest Offense Level (Terminated)

None

### Complaints

8:1326.F REENTRY OF DEPORTED ALIENS

**Disposition**

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Nathalina A Hudson**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312)744- 9653<br>Email: nathalina.hudson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**AUSA**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353-5300<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Pretrial Services**<br>.<br>435-5545<br>Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2008 | **1** | COMPLAINT signed by Judge Honorable Martin C. Ashman as to Juan Antonio Moreno-Padilla (1) (las, ) (Entered: 05/28/2008) |
| 05/23/2008 | | ARREST of defendant Juan Antonio Moreno-Padilla (las, ) (Entered: 05/28/2008) |
| 05/23/2008 | **2** | MINUTE entry before the Honorable Martin C. Ashman as to Juan Antonio Moreno-Padilla: Initial appearance proceedings held on 5/23/08. Defendant appears in response to arrest on 5/23/08. Defendant informed of his rights. Enter order appointing Sergio Fidel Rodriguez from the Federal Defender Program as counsel for defendant. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Mailed notice (las, ) (Entered: 05/28/2008) |
| 05/23/2008 | **3** | ORDER Appointing Counsel Signed by the Honorable Martin C. Ashman on 5/23/08. (las, ) (Entered: 05/28/2008) |

| | | |
|---|---|---|
| 05/23/2008 | [4](#) | ATTORNEY Appearance for defendant Juan Antonio Moreno-Padilla by Sergio Fidel Rodriguez (las, ) (Entered: 05/28/2008) |
| 05/23/2008 | [5](#) | FINANCIAL affidavit filed by Juan Antonio Moreno-Padilla (las, ) (Entered: 05/28/2008) |
| 06/11/2008 | [6](#) | INDICTMENT as to Juan Antonio Moreno-Padilla (1) count(s) 1 (las, ) (Entered: 06/12/2008) |
| 06/11/2008 | [7](#) | DESIGNATION Sheet: FELONY (Category 4). (las, ) (Entered: 06/12/2008) |
| 06/11/2008 | [8](#) | MINUTE entry before the Honorable Sidney I. Schenkier as to Juan A Moreno-Padilla: No bond set, detained by magistrate. (las, ) (Entered: 06/12/2008) |
| 06/12/2008 | [9](#) | NOTICE of Arraignment as to Juan Antonio Moreno-Padilla before Honorable Rebecca R. Pallmeyer on 6/17/2008 at 10:00 AM. (las, ) (Entered: 06/12/2008) |
| 06/17/2008 | [10](#) | MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Juan Antonio Moreno-Padilla: Arraignment held. Defendant enters plea of not guilty to all counts. 16.1 conference to be held by or on 7/1/2008. Pretrial motions to be filed by or on 7/15/2008. Status hearing set for 7/14/2008 at 9:30 a.m. Defendant to remain in custody ending further proceedings. Defendant's presence for the status hearing is waived. Excludable time to begin pursuant to 18:3161(h)(1)(F). Mailed notice (las, ) (Entered: 06/18/2008) |
| 07/14/2008 | [11](#) | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Juan Antonio Moreno-Padilla: Status hearing held on 7/14/2008. Status hearing set for 7/29/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). Mailed notice (etv, ) (Entered: 07/14/2008) |
| 07/24/2008 | [12](#) | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Juan Antonio Moreno-Padilla: By agreement, status hearing set for 7/29/2008 is stricken and reset to 7/31/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). Mailed notice (etv, ) (Entered: 07/24/2008) |
| 07/31/2008 | [13](#) | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Juan Antonio Moreno-Padilla, aka Victor Moreno: Status hearing held on 7/31/2008. Change of plea hearing set for 9/4/2008 at 9:30. Order excludable time to begin pursuant to 18:3161(h)(1)(I) for plea negotiations. Mailed notice (etv, ) (Entered: 07/31/2008) |