IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 416-1 |
| v. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| JUAN ANTONIO MORENO-PADILLA | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   Nathalina Hudson
      Assistant United States Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on Monday, August 11, 2008, at 9:00 a.m., in Courtroom 2119, we shall appear before the Honorable Rebecca R. Pallmeyer in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

–   MOTION TO WITHDRAW AS APPOINTED COUNSEL

                    Respectfully submitted,

                    FEDERAL DEFENDER PROGRAM
                    Terrence F. MacCarthy
                    Executive Director

                    By: s/Sergio F. Rodriguez
                        Sergio F. Rodriguez
                        Attorney for Defendant

SERGIO F. RODRIGUEZ
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8349