# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 416 - 1 | **DATE** | 9/4/2008 |
| **CASE TITLE** | USA vs. Juan Antonio Moreno-Padilla | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/4/2008. Change of plea hearing stricken. Status hearing set for 10/1/2008 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(1))(I) for plea negotiations. (X-7)

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|